STATE OF NEW JERSEY v. JOSEPH MARINO.

November 27, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP FUOCO.

November 27, 1974. Petition for certification denied.

CITY OF NEWARK v.
ESSEX COUNTY BOARD OF TAXATION.

November 27, 1974. Petition for certification granted.

FRANK MELOGRANO v. AMERADA HESS CORPORATION.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM ROYAL.

December 11, 1974. Petition for certification denied.

TOWNSHIP OF SOUTH BRUNSWICK v.
NEW JERSEY TURNPIKE AUTH.

December 11, 1974. Petition for certification denied.
(See 129 *N. J. Super.* 126)